IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARZUQ AL-HAKIM,

        Plaintiff,

v.                                                            4:05cv506-WS

Z. CULPEPPER, et al.,

        Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

        Before the court is the magistrate judge's report and recommendation docketed January 18, 2006. See Doc. 4. The magistrate judge recommends that the plaintiff's case be dismissed for failure to pay the filing fee. The plaintiff has filed objections (doc. 5) to the report and recommendation.

        Upon review of the record in light of the plaintiff's objections, the court has determined that the magistrate judge's report and recommendation must be adopted.

        Accordingly, it is ORDERED:

        1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order.

        2. The plaintiff's complaint and this action are hereby DISMISSED without prejudice to the plaintiff's presenting his allegations in a complaint for which he pays the full $250.00 filing fee at the time of filing.

3.  The plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DENIED

4.  The clerk is directed to enter judgment of dismissal accordingly.

DONE AND ORDERED this February 3, 2006.


      /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE